FILED

03/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0403

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0403

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

WILLIAM HOMER MCCLELLAN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 3, 2024, within which to prepare, file, and serve the State's response brief.

TKP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 29 2024